03/04/2002  03:33    8145334583                    FED PUB DEFENDER                PAGE  04
   08/25/2009  15:52    4126442644                  US ATTORNEYS OFFICE            PAGE  04/04

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
            v.                    )      Criminal No. 09-57
                                  )
LEEHA BEARD                       )

## O R D E R

AND NOW, to wit, this 28 day of Aug . 2009, upon consideration of the Motion to Set Case Off Court Calendar, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER observed by the Court that the prosecution of defendant, Leeha Beard, has been deferred for a period of twelve (12) months by the United States Attorney pursuant to a written agreement with the defendant, for the purpose of allowing the defendant to demonstrate good conduct and thereby avoid further prosecution of this case, and that said action of the United States Attorney meets with the approval of this Court.

IT IS FURTHER ORDERED that the case at Criminal No. 09-57 as to defendant, Leeha Beard, is hereby set off the calendar of the Court, and IT IS ORDERED that said case is hereby returned to the Clerk of Court pending further motion of the United States Attorney or the defendant, Leeha Beard.

UNITED STATES DISTRICT JUDGE

cc:  Defense Counsel
     United States Attorney
     Pretrial Services