IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-57 |
| | ) |
| LEEHA BEARD, | ) |
| Defendant. | ) |

<u>ORDER</u>

AND NOW, this 2nd day of March, 2010, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered April 8, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, March 19, 2010 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

<u>s/Gary L. Lancaster</u>          ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   Gregory C. Melucci,
      Assistant United States Attorney

      Thomas Livingston,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation